**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**UNITED STATES OF AMERICA**

v.                                                    **CRIMINAL NO. 1:21-CR-54-MPM-DAS-6**

**FRANCESCA GABLE**

## ORDER SUBSTITUTING COUNSEL

The Federal Public Defender has moved for an order substituting counsel in the above-styled and numbered cause due to a conflict of interest. The Office of the Federal Public Defender contacted **Robert W. Davis, Jr.,** on **October 8, 2024,** who agreed to be appointed as counsel to represent this defendant in his cause to eliminate any possibility of a conflict of interest and **Robert W. Davis, Jr.** ha**s** agreed to be substituted as counsel for the defendant.

Therefore, IT IS HEREBY ORDERED AND ADJUDGED that:

The Office of the Federal Public Defender is hereby released from the obligation of the representation of this defendant and any other responsibilities concerning the above-styled and numbered cause and that **Robert W. Davis, Jr.** is hereby substituted as counsel of record for the defendant in this cause.

IT IS SO ORDERED this the 8th day of October, 2024.

                                                       /s/ Jane M. Virden
                                                       UNITED STATES MAGISTRATE JUDGE